# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140205(90)(91)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 140205
                                      COA: 281673
                                      Wayne CC: 07-005003-FC

VINCE ALLEN MANN,
        Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's April 27, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motions to amend the application, to remand, and for directed verdict are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

d0621